1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NORDIC NATURALS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE TRADE SUPPLY CO., a Florida corporation; LOLITA DISTRIBUTION, INC., a Florida corporation: ALVARO ANGULO, an individual; FELIPE CABRERA, an individual; OLGA TOBON, an individual; and DOES 1-10,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

## I.   INTRODUCTION

1.       This case involves Defendants' unlawful and expressly prohibited sale of counterfeit supplement products bearing the trademarks of Nordic Naturals, Inc. ("Nordic Naturals"). Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and Nordic Naturals (with Amazon, "Plaintiffs") jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and Nordic Naturals' customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2.      Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. In 2024, Amazon invested more than a billion dollars and employed thousands of people—including machine learning scientists, software developers, and expert investigators—who were dedicated to protecting customers, brands, selling partners, and Amazon's stores from counterfeits, fraud, and other forms of abuses.

3.      Nordic Naturals was founded in 1995 by Joar Opheim, who grew up in Arctic Norway and set out to bring the exceptionally pure, high-quality fish oils of his childhood to families in the United States. What began as a personal effort to share better nutrition has grown into a family-inspired company that is recognized worldwide for its commitment to sustainability and research supported, expertly formulated, rigorously tested, and great tasting products. Today, Nordic Naturals is a global leader in omega-3 supplements, distributing more than 150 distinct formulations in over 30 countries spanning six continents. Nordic Naturals distributes its products both directly to consumers and through major retailers such as the Amazon Store. Nordic Naturals offers a broad range of wellness products including omega-3 fish oils in soft gels and flavored liquid, Arctic cod liver oils, specialty nutritional products such as marine collagen, curcumin, CoQ10, GLA from borage oil, and vegetarian alternatives. The Nordic Naturals brand reflects not only industry-leading standards, but also the authenticity, care, and mission-driven spirit at the heart of its origins.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

4.      Nordic Naturals owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Nordic Naturals owns the following registered trademarks (the "Nordic Naturals Trademarks").

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| NORDIC NATURALS | 3,688,252 (IC 5) |
|  | 5,285,336 (IC 5) |
| PROOMEGA | 3,808,988 (IC 5) |
| ULTIMATE OMEGA | 3,591,199 (IC 5) |

True and correct copies of the registration certificates for the Nordic Naturals Trademarks are attached as **Exhibit A**.

5.      Beginning in 2023, Defendants registered the Alvi Supply and Lolita Prime Selling Accounts ("Selling Accounts") in the Amazon Store. At various times from November 2024 through December 2025, Defendants advertised, marketed, offered, distributed, and sold counterfeit Nordic Naturals-branded products through the Selling Accounts. The products used the Nordic Naturals Trademarks, without authorization, in order to deceive customers about the authenticity and origin of the products and the products' affiliation with Nordic Naturals.

6.      As a result of their illegal actions, Defendants have infringed and misused Nordic Naturals' IP; breached their contracts with Amazon; willfully deceived and harmed Amazon, Nordic Naturals, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Nordic Naturals. Defendants' illegal actions have caused Amazon and Nordic Naturals to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Nordic Naturals, and their customers.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

## II.    PARTIES

7.    Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware company with its principal place of business in Seattle, Washington.

8.    Nordic Naturals is a California corporation with its principal place of business in Watsonville, California.

9.    Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants operated, controlled, and/or were responsible for the Selling Accounts. Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability, including, without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

10.    On information and belief, Defendant Elite Trade Supply Corp. ("Elite Trade"), doing business as Alvi Supply, is a Florida corporation with its principal place of business at 5750 Collins Ave. 12G Miami, Florida 33140. Defendant Elite Trade personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and it derived a direct financial benefit from that wrongful conduct.

11.    On information and belief, Defendant Lolita Distribution, Inc. ("Lolita Distribution"), doing business as Lolita Prime, is a Florida corporation with its principal place of business at 919 NW 97th Ave., Apt 208, Miami, Florida 33172. Defendant Lolita Distribution personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and it derived a direct financial benefit from that wrongful conduct.

12.    On information and belief, Defendant Alvaro Angulo ("Angulo"), doing business as Alvi Supply, is an individual residing in Florida. Defendant Angulo personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

this Complaint, and he derived a direct financial benefit from that wrongful conduct. Defendant Angulo owns and/or operates Defendant Elite Trade.

13.     On information and belief, Defendant Felipe Cabrera ("Cabrera"), doing business as Alvi Supply, is an individual residing in Florida. Defendant Cabrera is an officer and director of Defendant Elite Trade, and personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit from that wrongful conduct.

14.     On information and belief, Defendant Olga Tobon ("Tobon"), doing business as Lolita Prime, is an individual residing in Florida. Defendant Tobon is an officer and director of Defendant Lolita Distribution, and personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and she derived a direct financial benefit from that wrongful conduct.

15.     On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities working in active concert with each other and the named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell counterfeit Nordic Naturals-branded products. The identities of the Doe Defendants are presently unknown to Plaintiffs.

### III.     JURISDICTION AND VENUE

16.     The Court has subject matter jurisdiction over Nordic Naturals' Lanham Act claim for trademark counterfeiting and trademark infringement, and Amazon's and Nordic Naturals' Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over Amazon's breach of contract claim and Amazon's and Nordic Naturals' claims for violation of the Washington Consumer Protection Act, pursuant to 28 U.S.C. §§ 1332 and 1367.

17.     The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and Nordic Naturals' claims arise from those activities. Defendants affirmatively

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 5

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store products bearing counterfeit versions of the Nordic Naturals Trademarks and which otherwise infringed Nordic Naturals' IP. Additionally, Defendants shipped products bearing counterfeit versions of the Nordic Naturals Trademarks to consumers in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in Washington and has wrongfully caused Amazon and Nordic Naturals substantial injury in Washington.

18.     Further, Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

19.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

20.     Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.     FACTS

### A.     Amazon's Efforts to Prevent the Sale of Counterfeit Goods.

21.     Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 6

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

22.     A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

23.     Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls. In 2024, Amazon's proactive controls blocked more than 99% of suspected infringing listings before a brand ever had to find and report them.

24.     In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of their relationship with Amazon. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

25.     In 2018, Amazon launched Transparency, a product serialization service that effectively eliminates counterfeits for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 2.5 billion product units have been verified as genuine through Amazon's Transparency program.

26.     In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 35,000 brands have enrolled in Project Zero.

27.     Amazon uses advanced technology and expert human reviewers to verify the identities of potential sellers. When prospective sellers apply to sell in Amazon's stores, they are required to provide a form of government-issued photo ID, along with other information about their business. Amazon employs advanced identity detection methods such as document forgery detection, image and video verification, and other technologies to quickly confirm the authenticity of government-issued IDs and whether such IDs match the individual applying to sell in Amazon's stores. In addition to verifying IDs, Amazon's systems analyze numerous data points, including behavior signals and connections to previously detected bad actors, to detect and prevent risks.

28.     Similarly, throughout the selling experience in Amazon's stores, Amazon's systems monitor selling accounts to identify anomalies or changes in account information, behaviors, and other risk signals. In the event that Amazon identifies a risk of fraud or abuse, it promptly initiates an investigation using automated and/or human review, may request additional information, and swiftly removes bad actors from its stores.

29.     In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products. Since its launch in 2020, Amazon's Counterfeit Crimes Unit has pursued more than 24,000 bad actors through litigation and criminal referrals to law enforcement.

**B.      Nordic Naturals and Its Anti-Counterfeiting Efforts.**

30.      Nordic Naturals goes to great lengths to protect consumers from counterfeits of its products, and is committed to leading efforts to combat counterfeit products. Nordic Naturals utilizes both internal and external resources to combat counterfeit and infringing products. Nordic Naturals works with a third-party brand protection service vendor on the detection and removal of product listings violating their IP rights.

31.      Nordic Naturals is currently enrolled in Brand Registry, Project Zero, and Transparency. Nordic Naturals actively used the tools and protections provided by these programs in response to the counterfeiting activity including that described in this Complaint.

**C.      Defendants Created Amazon Selling Accounts, Agreed Not to Sell Counterfeit Goods, and Agreed to Reimburse Amazon for Damages Arising from Customer Refunds.**

32.      At various times between October 6, 2023 and January 29, 2026, Defendants established, controlled, and operated the Selling Accounts. Defendants used the Selling Accounts to advertise, market, offer, distribute, and sell counterfeit Nordic Naturals-branded products. In connection with the Selling Accounts, Defendants provided Amazon with names, email addresses, phone numbers, tax identification numbers, banking information, and either government-issued identification for an individual acting on behalf of the Selling Account or a copy of a government-issued record or tax document for the entity operating the Selling Account. Plaintiffs identified Defendants as the primary recipients of the proceeds of the Selling Accounts' counterfeit sales based on investigation of the financial information that Defendants provided to Amazon.

33.      To become a third-party seller in the Amazon Store, an applicant is required to agree to the BSA, which governs the seller's access to and use of Amazon's services and states

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9

Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in the performance of its obligations and exercise of its rights" under the BSA. A true and correct copy of the applicable version of the BSA, namely, the version Defendants last agreed to when using Amazon's services, is attached as **Exhibit B**.

34.     Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit goods as "deceptive, fraudulent, or illegal activity" that violates Amazon's policies, and Amazon reserves the right to withhold payments and terminate the selling account of any bad actor who engages in such conduct. Ex. B, ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

35.     Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

36.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store, and describes the consequences of selling inauthentic products:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

1
    o   Bootlegs, fakes, or pirated copies of products or content

2
    o   Products that have been illegally replicated, reproduced, or manufactured

3
    o   Products that infringe another party's intellectual property rights

4
• Maintain and Provide Inventory Records. Amazon may request that you

5
provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing

6
information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

7

8
• Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling

9
account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

10
• Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and

11
sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement

12
activities, Amazon may:

13
    o   Remove suspect listings.

14
    o   Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment,

15
sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic

16
products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

17
• Reporting Inauthentic Products. We stand behind the products sold on our site

18
with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and

19
take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller

20
Central.

21
*Id.*

22
    37.    Additionally, under the BSA, sellers agree that the information and

23
documentation they provide to Amazon in connection with their selling accounts—such as

24
identification, contact, and banking information—will, at all times, be valid, truthful, accurate,

25
and complete. Specifically, the BSA requires that:

26
• As part of the application [process], you must provide us with your (or your

27
business') legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B. ¶ 1.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

38.     When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained accurate and complete.

39.     Defendants also agreed to reimburse Amazon for any amounts that Amazon refunded to customers who purchased products from Defendants. The BSA provides:

- You will defend, indemnify, and hold harmless Amazon … against any … loss, damage, settlement cost, expense, or other liability … arising from or related to … Your Products, including the … refund … thereof[.] *Id.* § 6.1.

- If we determine that your actions or performance may result in returns, chargebacks, claims, disputes, violations of our terms or policies, violations of law or other risks to Amazon or third parties, then we may in our sole discretion withhold any payments to you for as long as we determine any related risks to Amazon or third parties persist. For any amounts that we determine you owe us, we may … collect payment or reimbursement from you by any other lawful means. *Id.* § 2.

**D.     Defendants' Sale of Counterfeit Nordic Naturals-Branded Products.**

40.     Defendants advertised, marketed, offered, distributed, and sold counterfeit Nordic Naturals-branded products through the Selling Accounts. The counterfeit Nordic Naturals-branded products sold by Defendants are identified and described below.

41.     Nordic Naturals has conducted multiple test purchases and/or reviewed physical samples and/or images of Nordic Naturals-branded products sold by Defendants' Selling Accounts. Nordic Naturals reported to Amazon that the products bore the Nordic Naturals Trademarks, that Nordic Naturals never authorized the sale of the products or the use of the

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Nordic Naturals Trademarks on the products, and that the products were therefore counterfeit, as detailed below. For Defendants where physical samples and/or images of its Nordic Naturals-branded products were not available, the evidence detailed below demonstrates that Defendants sold counterfeit Nordic Naturals-branded products in the Amazon Store as part of the same ring of Defendants with confirmed counterfeit sales.

42.    In addition, as further detailed below, Defendants submitted invoices to Amazon that purported to show that their counterfeit products came from a supplier of authentic products. Amazon has determined that the invoices were falsified.

**Selling Account #1 – Alvi Supply**

43.    From December 8, 2024 through June 30,2025, Defendants Elite Trade, Angulo, and Cabrera advertised, marketed, offered, distributed, and sold inauthentic Nordic Naturals-branded supplement products through the Alvi Supply Selling Account. On information and belief, during this period, the Alvi Supply Selling Account was controlled and operated by Defendants Elite Trade, Angulo and Cabrera and, on further information and belief, other parties.

44.    On June 18, 2025, Nordic Naturals conducted a test purchase from the Alvi Supply Selling Account of products advertised and offered for sale as "Nordic Naturals ProOmega 2000, Lemon Flavor - 120 Soft Gels." Defendants shipped to Nordic Naturals a product that bore the Nordic Naturals Trademarks and other indications of its brand. Nordic Naturals examined the product and determined that it was counterfeit based on deviations from Nordic Naturals' authentic products and packaging.

45.    On or about June 27, 2025, Nordic Naturals conducted a test purchase from the Alvi Supply Selling Account of products advertised and offered for sale as "Nordic Naturals Ultimate Omega, Lemon Flavor - 210 Soft Gels." Defendants shipped to Nordic Naturals a product that bore the Nordic Naturals Trademarks and other indications of its brand. Nordic Naturals examined the product and determined that it was counterfeit based on deviations from Nordic Naturals' authentic products and packaging.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

46.     On or about June 21, 2025, a customer of Nordic Naturals purchased from the Alvi Supply Selling Account of products advertised and offered for sale as "Nordic Naturals Ultimate Omega, Lemon Flavor - 180 Soft Gels." The customer provided Nordic Naturals images and information regarding the product Defendants shipped to them which bore the Nordic Naturals Trademarks and other indications of its brand. Nordic Naturals examined the images and information provided by the customer and determined that it was counterfeit based on deviations from Nordic Naturals' authentic products and packaging.

47.     In addition, Defendants submitted Nordic Naturals invoices to Amazon that purported to show that their counterfeit products were purchased from a supplier of authentic products. Plaintiffs have determined that the invoices were falsified.

**Selling Account #2 – Lolita Prime**

48.     From November 6, 2024 through December 2, 2025, Defendants Lolita Distribution and Tobon advertised, marketed, offered, distributed, and sold counterfeit Nordic Naturals-branded products through the Lolita Prime Selling Account. On information and belief, during this period, the Lolita Prime Selling Account was controlled and operated by Defendants Lolita Distribution and Tobon, and, on further information and belief, other parties.

49.     On or about November 20, 2025, Nordic Naturals' consultant conducted a test purchase from the Lolita Prime Selling Account of products advertised and offered for sale as "Nordic Naturals Ultimate Omega, Lemon Flavor - 120 Soft Gels." Defendants shipped to Nordic Naturals' consultant a product that bore the Nordic Naturals Trademarks and other indications of its brand. Nordic Naturals examined the product and determined that it was counterfeit based on deviations from Nordic Naturals' authentic products and packaging.

50.     On or about December 1, 2025, Nordic Naturals conducted a test purchase from the Lolita Prime Selling Account of products advertised and offered for sale as "Nordic Naturals ProOmega 2000, Lemon Flavor - 120 Soft Gels." Defendants shipped to Nordic Naturals a product that bore the Nordic Naturals Trademarks and other indications of its brand. Nordic

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Naturals examined the product and determined that it was counterfeit based on deviations from Nordic Naturals' authentic products and packaging.

51.     In addition, Defendants submitted Nordic Naturals invoices to Amazon that purported to show that their counterfeit products were purchased from a supplier of authentic products. Plaintiffs have determined that the invoices were falsified.

**E.     Defendants' Coordinated Sale of Counterfeit Nordic Naturals Products.**

52.     On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of counterfeit Nordic Naturals-branded products. Defendants are associated through similar falsified invoices provided to Amazon.

**F.     Amazon Shut Down Defendants' Selling Accounts.**

53.     Defendants falsely represented to Amazon and its customers that the counterfeit and infringing Nordic Naturals-branded products that they sold were genuine products made by Nordic Naturals. Defendants also knowingly and willfully used Nordic Naturals' IP in connection with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing Nordic Naturals-branded products.

54.     At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic Nordic Naturals products. Defendants have breached the terms of their agreements with Amazon; deceived Amazon's customers and Amazon; infringed and misused the IP rights of Nordic Naturals; harmed the integrity of and customer trust in the Amazon Store; and tarnished Amazon's and Nordic Naturals' brands.

55.     After Amazon verified Defendants' sale of counterfeit Nordic Naturals-branded products, it blocked the Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Nordic Naturals.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

56.     Pursuant to Amazon's A-to-z guarantee, Amazon also proactively issued full refunds to customers who purchased the counterfeit Nordic Naturals-branded products from Defendants. Defendants have not reimbursed Amazon.

## V.    CLAIMS

### FIRST CLAIM
*(by Nordic Naturals against all Defendants)*
**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

57.     Plaintiff Nordic Naturals incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

58.     Defendants' activities constitute counterfeiting and infringement of the Nordic Naturals Trademarks as described in the paragraphs above.

59.     Nordic Naturals owns the Nordic Naturals Trademarks and it advertises, markets, offers, distributes, and sells its products using the Trademarks, and uses them to distinguish its products from the products and related items of others in the same or related fields.

60.     Because of Nordic Naturals' long, continuous, and exclusive use of the Nordic Naturals Trademarks, the Trademarks are understood by customers and the public to signify products from Nordic Naturals.

61.     Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the Nordic Naturals Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Nordic Naturals and likely caused such erroneous customer beliefs.

62.     As a result of Defendants' wrongful conduct, Nordic Naturals is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Nordic Naturals is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

63.     Nordic Naturals is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Nordic Naturals has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Nordic Naturals Trademarks are unique and valuable properties that have no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to Nordic Naturals and Nordic Naturals' reputation and goodwill such that Nordic Naturals could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Nordic Naturals, due to Defendants' wrongful conduct, is likely to be continuing.

## SECOND CLAIM
### *(by Nordic Naturals and Amazon against all Defendants)*
### False Designation of Origin – 15 U.S.C. § 1125(a)

64.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

65.     Nordic Naturals owns the Nordic Naturals Trademarks and advertises, markets, offers, distributes, and sells its products using the trademarks described above, and uses the trademarks to distinguish its products from the products and related items of others in the same or related fields.

66.     Because of Nordic Naturals' long, continuous, and exclusive use of the Nordic Naturals Trademarks, the Trademarks have come to mean, and are understood by customers, users, and the public, to signify products from Nordic Naturals.

67.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

68.     Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit versions of the Nordic Naturals Trademarks with the intent and

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. On information and belief, Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, distributed, or sold in connection with the Nordic Naturals Trademarks and wrongfully trades upon Nordic Naturals' goodwill and business reputation.

69.     Further, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

70.     Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

71.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Nordic Naturals, all in violation of 15 U.S.C. § 1125(a)(1)(A).

72.     Plaintiffs are entitled to an injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs in investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to Plaintiffs. On information and belief, that injury is continuing. An award of monetary damages

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at law.

73.      Nordic Naturals is further entitled to recover Defendants' profits, Nordic Naturals' damages for its losses, and Nordic Naturals' costs to investigate and remediate Defendants' conduct and bring this action, in an amount to be determined. Nordic Naturals is also entitled to the trebling of any damages award as allowed by law. Amazon is also entitled to recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

### THIRD CLAIM
*(by Nordic Naturals and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

74.      Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

75.      Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Nordic Naturals-branded products constitute unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

76.      Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Nordic Naturals-branded products harm the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

77.      Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Nordic Naturals-branded products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

78.      Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Nordic Naturals further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from Defendants its actual damages, trebled, arising from Defendants' sale of counterfeit products.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1
2

### FOURTH CLAIM
*(by Amazon.com Services LLC[1] against all Defendants)*
**Breach of Contract**

3
4

79.      Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

5
6
7
8
9

80.      Defendants established Amazon selling accounts and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

10
11

81.      Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

12
13
14
15

82.      Defendants' sale and distribution of counterfeit Nordic Naturals-branded products materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the IP rights of Nordic Naturals.

16
17
18
19

83.      In furtherance of their sale and distribution of counterfeit Nordic Naturals-branded products, Defendants further breached the BSA and its incorporated policies by submitting falsified documents to Amazon after their Selling Accounts were suspended in an effort to have their Accounts reinstated.

20
21

84.      Additionally, Defendants breached the BSA by failing to reimburse Amazon for the amounts it paid to refund customers who purchased counterfeit products from Defendants.

22
23

85.      Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

24

### VI.      PRAYER FOR RELIEF

25

WHEREFORE, Plaintiffs respectfully pray for the following relief:

26
27

---

[1] For the Fourth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 20

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

A.      That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them, from:

           (i)      selling counterfeit or infringing products in Amazon's stores;

           (ii)     selling counterfeit or infringing products to Amazon or any Amazon affiliate;

           (iii)    importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product using any simulation, reproduction, counterfeit, copy, or colorable imitation of Nordic Naturals' brand or trademarks, or which otherwise infringes Nordic Naturals' IP, in any store or in any medium; and

           (iv)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii) above;

B.      That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

C.      That the Court enter an order requiring Defendants to provide Plaintiffs with all records in their possession, custody, and control related to Defendants' unlawful activities, including materials sufficient to identify their supplier of the counterfeit Nordic Naturals-branded products;

D.      That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and permitting destruction of all counterfeit and infringing products bearing the Nordic Naturals Trademarks or that otherwise infringe Nordic Naturals' IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

E.      That the Court enter an order requiring Defendants to provide Plaintiffs with a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

F.      That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Nordic Naturals has sustained, or will sustain, as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

G.      That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

H.      That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

I.      That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

J.      That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

DATED this 13th day of March, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax