The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NORDIC NATURALS, a California corporation, <br><br>Plaintiffs, <br><br>v. <br><br>ELITE TRADE SUPPLY CO., a Florida corporation; LOLITA DISTRIBUTION, INC., a Florida corporation: ALVARO ANGULO, an individual; FELIPE CABRERA, an individual; OLGA TOBON, an individual; and DOES 1-10, <br><br>Defendants. | No. 2:26-cv-00859-TL <br><br>**CERTIFICATE OF SERVICE FOR FELIPE CABRERA** |

CERTIFICATE OF SERVICE - 1
(2:26-cv-00859-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AMAZON.COM, INC., A Delaware corporation, et al.                          INDEX NUMBER: 2:26-CV-00859-SKV

                                                            *Plaintiff*

                              VS

ELITE TRADE SUPPLY CO., a Florida Corporation, et al.

                                                            *Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in State of Florida,

That on **04/27/2026** at **6:33 PM** at **1813 SW 176 Way, Miramar, FL 33029**

I served a(n) **Summons in a Civil Action, Complaint for Damages and Equitable Relief, Exhibit A-C**

on **Felipe Cabrera**,

by delivering thereat a true copy of each to **Maria Vallecilla (Wife/Co-Resident)**, a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

On 04/29/2026, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of residence at **1813 SW 176 Way, Miramar, FL 33029**.

Description Of Person Served Based On Undersigned's Perception:
Gender: Female
Race: Hispanic
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other:

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4·29·26

Kimberly Urinowski SPS #1493